*970 ante, p. 929;
ante, p. 930;
ante, p. 916;
ante, p. 951;
ante, p. 951;
ante, p. 656;
ante, p. 952;
532 U. S. 1023;
532 U. S. 977;
ante, p. 904;
ante, p. 952;
532 U. S. 996;
532 U. S. 1040;
532 U. S. 1055;
532 U. S. 1069;
ante, 'p. 953;
ante, p. 932;
532 U. S. 1071;
ante, p. 919;
ante, p. 907;
ante, p. 933;
ante, p. 935;
ante, p. 935;
ante, p. 954;
ante, p. 954;
ante, p. 948;
ante, p. 935;
*971 No. 00-9691.
No. 00-9703.
No. 00-9710.
No. 00-9778.
No. 00-9821.
No. 00-9854.
No. 00-9872.
No. 00-9897.
No. 00-9938.
No. 00-10018.
No. 00-10023.
No. 00-10027.
No. 00-10066.
No. 00-10103.
No. 00-10213.
No. 00-10241.
ante, p. 955;
ante, p. 921;
ante, p. 955;
ante, p. 908;
ante, p. 956; '
ante, p. 936;
ante, p. 921;
ante, p. 957;
ante, p. 957;
ante, p. 958;
ante, p. 937;
ante, p. 937;
ante, p. 958;
ante, p. 939;
ante, p. 960; and
ante, p. 961. Petitions for rehearing denied.